AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Nikki Jewell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-00745-DRC |
| Javitch Block, LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Javitch Block, LLC, Melissa A. Morris, Annamarie C. Wodzisz, and Luke T. Hamilton                    .

Date:     01/07/2025

Michael D. Slodov
*Attorney's signature*

Michael D. Slodov, SCR #0051678
*Printed name and bar number*

Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, OH 44114

*Address*

mslodov@jbllc.com
*E-mail address*

(216) 217-2145
*Telephone number*

(216) 359-0049
*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 7, 2025, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

s/ <u>Michael D. Slodov</u>
Michael D. Slodov